IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIDIA L. DEL VALLE, | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOND CAPITAL, LTD. | ) | **08 C 602** |
| | ) | |
| Defendant. | ) | |

**JUDGE HIBBLER**
**MAGISTRATE JUDGE MASON**

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a suit to recover back wages and liquidated damages under Title 29 U.S.C. 216(b), commonly known as the "Fair Labor Standards Act" (hereinafter "FLSA"), as amended. Federal question jurisdiction is posited upon Title 28 U.S.C. 1331.

2. Defendant is part of THE BOND COMPANIES of California, and is an enterprise engaged in interstate commerce doing business within this judicial district, at 350 West Hubbard Street, Chicago. The defendant is an "employer" of the plaintiff within the meaning of 29 U.S.C. 203(a) and (d). The court has supplemental jurisdiction over the claims under the Illinois Wage Payment and Collection Act claim, 820 ILCS 115/11(-c) and the Illinois Minimum Wage Law, 820 ILCS 105/1-15 (ILMWL), pursuant to the Judicial Improvements Act, 28 U.S.C. 1367(a)(1).

### STATEMENT OF CLAIM

3. Plaintiff, LIDIA L. DEL VALLE, was employed by defendant as an office manager within three years of the filing of this suit, until her termination on or

about January 18, 2008. Her most recent regular rate of remuneration was $27.8847 per hour. During the time employed, she worked more than 40 hours in most, if not all, work weeks for which she was willfully not compensated wages at the rate of one and one-half times her regular rate of pay, in violation of 29 U.S.C. 207(a) and the ILMWL, 820 ILCS 105/4a.

    4. As a result thereof, there is a now due approximately 1200 hours of back overtime wages at an average overtime rate of $41.8270 per hour amounting to approximately $50,192.46 in wages due under the Illinois Wage Payment and Collection Act, 820 ILCS 115/11(c).

    5. In addition to the overtime wages due, defendant has failed, neglected or refused to pay plaintiff her final $2,500.00 towards her 2007 bonus, $366.15 for two personal days allowed by company policy and one additional week's vacation due, in the sum of $1,115.39 in violation of the Illinois Wage Payment and Collection Act.

## PRAYER FOR RELIEF

    6. WHEREFORE plaintiff, LIDIA L. DEL VALLE, ask the court to enter judgment in her favor, and against the defendant, BOND CAPITAL, LTD., for all back overtime wages due in the amount of $101,500.30, which includes liquidated damages, $2,866.15 in bonus, one week's extra vacation pay, and two personal days due, plus attorney's fees and costs of the action, as provide by 29 U.S.C. 216(b); 820 ILCS 105/12; and the Illinois Wage Payment and Collection Act, 820 ILCS 115/11(c).

    /s/ Ernest T. Rossiello
_____
ERNEST T. ROSSIELLO

    Ernest T. Rossiello & Associates, P.C.
    134 North LaSalle Street, Suite 1330
    Chicago, Illinois 60602-1137
    ETRLaw@aol.com
    (312) 346-8920

Attorney for Plaintiff

Dated:  January 28, 2008
           Chicago, Illinois