IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIDIA L. DEL VALLE, | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| Plaintiff, | ) | |
| | ) | No. 08 CV 602 |
| v. | ) | |
| | ) | |
| BOND CAPITAL, LTD. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

TO:   Michael W. Dobbins, Clerk of the Court

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(i) F.R.Civ.P., hereby dismisses this suit.

s/ Ernest T. Rossiello
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO
   & ASSOCIATES, P.C.
134 North LaSalle Street
Suite 2008
Chicago, Illinois 60602
(312) 346-8920

Attorney for Plaintiff

Dated:   February 4, 2008
       Chicago, Illinois